PROBATION FORM NO. 35                                          Report and Order Terminating Probation/
(DSC 5/12)                                                                              Supervised Release
                                                                              Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ari Scott Relford | ) | Crim. No. 4:10CR00598-001 |

On May 18, 2011, the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Quincy A. Adams
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 20th day of May, 2016.

The Honorable Terry L. Wooten
Chief United States District Judge